IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02528-CMA-CBS

JASMIN ARCINIEGA,

    Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

    Defendant.

---

## RETURN OF SERVICE

I, John D. Larson, do hereby affirm that I am over 18 years of age, I am not a party to this action, and on **September 17, 2014 at 2:15 p.m. MST**, I served a true copy of the **Summons, Complaint and Jury Demand** in this action upon Cherie Nash, an employee of The Corporation Company, as registered agent for Allied Interstate LLC, at 1675 Broadway, Suite 1200, Denver, CO, 80202.

Fee for Process of Service     $70.00

I declare under penalty of perjury that the foregoing information contained in this Return of Service is true and correct to the best of my knowledge and belief.

                                                   John D. Larson
                                                 88 Inverness Circle East, Suite E-102
                                                 Englewood, CO 80112

Subscribed and sworn to before me this 17th day of September, 2014.

_____
Notary Public

STEPHANIE STEINER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054012932
MY COMMISSION EXPIRES MARCH 31, 2017