**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-02528-CMA-CBS

JASMIN ARCINIEGA,

    Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 9), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED: October __24__, 2014

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge